**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000039
18-SEP-2024
08:31 AM
Dkt. 73 ODMR**

CAAP-21-0000039


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TITLE GUARANTY ESCROW SERVICES, INC., Plaintiff-Appellee, v.
WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Defendant-Appellee and MICHAEL J. SZYMANSKI, Defendant-Appellant,
and JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE ENTITIES 1-50; DOE GOVERNMENTAL UNITS 1-50, Defendants,
and
MICHAEL J. SZYMANSKI, Defendant/Cross-Claim Plaintiff-Appellant,
v. WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Defendant/Cross-Claim Defendant-Appellee,
and
MICHAEL J. SZYMANSKI, Third-Party Plaintiff-Appellant, v.
ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi Corporation,
Third-Party Defendant-Appellee, and DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-20; DOE UNINCORPORATED BUSINESS
ENTITIES 21-30; AND JOHN DOE INDIVIDUALS 31-40,
Third-Party Defendants,
and
ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi Corporation,
SHINWA GOLF HAWAIʻI CO., LTD., a Hawaiʻi Corporation,
Third-Party Counterclaim Plaintiffs-Appellees, v.
MICHAEL J. SZYMANSKI, Third-Party Counterclaim
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC021000352(2))

ORDER
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of Defendant-Appellant Michael J. Szymanski's Motion for Reconsideration of ICA's 8/28/2024 Summary Disposition Order filed on September 9, 2024, and the records and files herein, IT IS HEREBY ORDERED that said Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 18, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge